OPINION — AG — ** COURT FUND — PURCHASES ** MAY THESE ITEMS BE PURCHASED FROM THE COUNTY COURT FUND (1) — MATER MODEL AUTOGRAPH AND ACCESSORIES (2) — MICROPHONES, LISTENING DEVICES, CARRYING CASE ETC. (2) — 5000 CASE MADE SHEETS ? — ON BOTH ITEMS — AFFIRMATIVE (EQUIPMENT, PURCHASES, COURT FUND, SUPPLIES) CITE: 62 O.S. 323.1 [62-323.1], OPINION NO. JUNE 6, 1939 — EXAMINER AND INSPECTOR, OPINION NO. AUGUST 2, 1939 — CROW (J. H. JOHNSON)